UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC WENDELL HOLLOMAN,

    Plaintiff,

v.                                        Case No: 3:14-cv-225-J-39MCR

THE WILNER FIRM, PA, Attorneys and
Counselors at Law and THE MOTLEY
RICE LAW FIRM,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 5), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on March 10, 2014. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Affidavit of Indigency (Doc. 2), which was construed as a motion to proceed *in forma pauperis* be denied and this case be dismissed. (Doc. 5). On March 14, 2014, Plaintiff filed a Motion to the Court to "Not Dismiss" his Civil Action (Doc. 6), which the Court construes as his objections to the Report and Recommendation.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th

Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Motion to the Court to "Not Dismiss" his Civil Action (Doc. 6), which the Court construes as his objections to the Report and Recommendation are **OVERRULED** and the Magistrate Judge's Report and Recommendation (Doc. 5) is **ADOPTED** as the opinion of this Court.

2. Plaintiff's Affidavit of Indigency (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis*, is **DENIED**.

4. This case is **DISMISSED**.

5. The Clerk of the Court is directed to enter judgment dismissing the case, terminate any pending motions or deadlines as moot, and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 14th day of April, 2014.

BRIAN J. DAVIS
United States District Judge

mh
Copies furnished to:

Hon. Monte C. Richardson
*Pro Se* Plaintiff